# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

Homero Velasques Saabedra

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C 07-05904 MJJ

v.

CHASE HOME FINANCE
Mr. Jamie Dimon, President

TO: (Name and address of defendant)

CHASE HOME FINANCE
Mr. Jamie Dimon, President
P O Box 78116
Phoenix, AZ 85062-8116

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Homero Velasques Saabedra
125 Marin Place
Woodland, CA 95695-2531

an answer to the complaint which is herewith served upon you, within 28 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

1/28/08
December 20, 2007
DATE

GINA AGUSTINE-RIVAS
_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE<br>December 20, 2007 |
| Name of SERVER<br>Luz-Maria Urzua | TITLE<br>Notary |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified Mail No. 7007 1490 0000 8781 2594

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  December 20, 2007
*Date*

*Signature of Server*

6787 Hillsview Drive
~~Vacaville, CA 95688~~
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## CERTIFICATE OF SERVICE

On this _20th_ day of December, 2007 I served the following by a Certified Mail Number 7007 1490 0000 8781 2594 Return Receipt requested.

    1. SUMMONS IN A CIVIL CASE, Case No. C 07-05904 MJJ
    2. Copy of PETITION FOR LIBEL OF REVIEW OF AN ADMINISTRATIVE JUDGMENT, mailed to:

CHASE HOME FINANCE
Mr. Jamie Dimon, President
PO Box 78116
Pheoniz, AZ 85062-8116

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true, correct, complete and not misleading.

Executed on this _20th_ day of December, 2007

_____
Luz-Maria Urzua, Notary Acceptor