```
                SUPERIOR COURT, STATE OF CALIFORNIA
                   UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
```

FILED
08 FEB -1 AM 10: 33
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DIST. OF CALIFORNIA

|   |   |
|---|---|
| HOMERO VELASQUEZ SAABEDRA | Case No.: No. C 07-05904 MJJ |
| C/o 125 Marin Place, | **NOTICE OF APPOINTMENT OF FIDUCIARY** |
| Woodland, California Zip Code Exempt, | **TRUSTEE** |
| Libellant, | |
| vs. | |
| CHASE HOME FINANCE, JAMIE DIMON et. | |
| Al. | |
| Suite 200 | |
| C/o 1 MacArthur Place | |
| Santa Ana, California [92707] | |
| Libellee, | |

Notice to the agent is notice to the principal, notice to the principal is notice to the agent.

Re: APPOINTMENT OF FIDUCIARY TRUSTEE

    Now, by special appearance, comes Homero Velasquez Saabedra, the flesh and blood man, Sui Juris and unschooled in law, hereinafter referred to as me, my, I, or the like, to make the following NOTICE with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead Additionally this presentment is not put forth for purposes of delay nor to

1  request any B.A.R. member attorned esquire, or agents thereof, to make any

2  determinations for me, legal or otherwise, including but not limited to any

3  so called "overturning of a motion". This is not a motion. This is a NOTICE.

4  If you are reading this then the presumption will operate that you have

5  ACTUAL NOTICE of the subject matter herein and by acting contrary to this

6  NOTICE you will be bound by its terms. Fail not under penalty of Law!

7  NOTICE is hereby given that:

8
   1.)    I am of legal age, competent to testify and under no legal
9         disability.

10 2.)    As the creditor and principal, I hereby formally appoint MARTIN

11        J. JENKINS esquire as fiduciary trustee for the purpose of using my

12        exemption to settle and close any outstanding debt owed CHASE.

13
                                    Dated this ___ day of January, 2008
14
                                         *[signature]*
15                                       By: authorized representative
                                         Without recourse