SUPERIOR COURT, STATE OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB -1 AM 10: 33
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMERO VELASQUEZ SAABEDRA<br><br>C/o 125 Marin Place,<br><br>Woodland, California Zip Code Exempt,<br><br>Libellant,<br><br>vs.<br><br>CHASE HOME FINANCE, JAMIE DIMON et.<br><br>Al.<br><br>Suite 200<br><br>C/o 1 MacArthur Place<br><br>Santa Ana, California [92707]<br><br>Libellee, | Case No.: No. C 07-05904<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE

    Now, by special appearance, comes Homero Velasquez Saabedra, the flesh and blood woman and man, Sui Juris and unschooled in law, hereinafter referred to as me, my, I, or the like, to make the following NOTICE with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead.

NOTICE is hereby given that:

CERTIFICATE OF SERVICE - 1 OF 2

1.) I am of legal age, competent to testify and under no legal disability.

2.) This is to certify that on January ____, 2008 I placed a true and accurate copy of the enclosed MEMORANDUM, NOTICE OF APPOINTMENT OF FIDUCIARY TRUSTEE, NOTICE OF APPOINTMENT OF CO-FIDUCIARY TRUSTEE and NOTICE OF ACCEPTANCE OF OATHS AND BONDS in the U. S. mail with postage prepaid and addressed as follows:

CHASE HOME FINANCE, JAMIE DIMON et. Al.

C/o S. CHRISTOPHER YOO 00169442, esquire

1 MacArthur Place Suite 200

Santa Ana, California [92707]

With certified mail number 7004 1490 0003 5977 8721

Dated this 30th day of January, 2008

*[signature]*
By: authorized representative
Without recourse

CERTIFICATE OF SERVICE - 2 OF 2