JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
ROCIO HERRERA (CA Bar No. 237139)
rherrera@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendants
CHASE HOME FINANCE LLC, erroneously
sued AS CHASE HOME FINANCE, and
JAMIE DIMON

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMERO VELASQUEZ SAABEDRA<br>Sramineus Homo, US Vessel<br><br>Libellant,<br><br>v.<br><br>CHASE HOME FINANCE, MR. JAMIE DIMON PRESIDENT, US Vessel, DOES, ROES, and MOES 1-100 et al, US Vessel Sand<br><br>Libellees.<br><br>Homero Velasques Saabedra<br>Lien Holder of the Vessel, the Real Party in Interest, Lawful Man<br>**Injured Third Party Intervener/Petitioner/Libellant,**<br><br>v.<br><br>CHASE HOME FINANCE, JAMIE DIMON PRESIDENT, US Vesel, DOES, ROES and MOES 1-100 et al.<br>**US VESSELS INDIVIDUALLY AND SEVERALLY**<br>**Third Party Defendants/Libelles** | CASE NO.: C 07-05904 MJJ<br><br>JUDGE:   Hon. Martin J. Jenkins<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF CHASE HOME FINANCE LLC AND JAMIE DIMON'S MOTION TO DISMISS PETITION FOR LIBEL OF REVIEW OF AN ADMINISTRATIVE JUDGMENT OR IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT**<br><br>[FRCP 12(b)(6), (e)]<br><br>DATE:   March 4, 2008<br>TIME:   9:30 a.m.<br>DEPT:   "11"<br><br>Action Filed: 11/21/07 |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD HEREIN:**

Defendants Chase Home Finance LLC, erroneously sued as Chase Home Finance ("Chase") and Jamie Dimon, erroneously sued as a US vessel, ("Mr. Dimon," and collectively "Defendants"), hereby requests that, in connection with their Motion to Dismiss for Failure to State a Claim Upon Which Relief or in the alternative, for More Definite Statement in connection with the Petition For Libel of Review of Administrative Judgment of plaintiff Homero Velasques Saabedra ("Plaintiff" or "Saabedra") that this court take judicial notice, pursuant to Federal Rules of Evidence §§ 201(b), 201(c), and 201(d), of the following document:

1.   A true and correct copy of the Court Order in *Coombs v. Chase Home Finance et al*, United States District Court, Northern District of California, Case No. 08-0232MHP, in which the "Petition For Libel of Review of Administrative Judgment" filed in the Coombs matter was summarily dismissed by the Court, is attached hereto as Exhibit "A."

DATED: February 12, 2008

ADORNO YOSS ALVARADO & SMITH
A Professional Corporation

By: /s/ S. Christopher Yoo
S. CHRISTOPHER YOO
JOHN M. SORICH
Attorneys for Defendants CHASE HOME FINANCE LLC, erroneously sued AS CHASE HOME FINANCE, and JAMIE DIMON

# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLARENCE J. COOMBS,

    Plaintiff(s),

vs.

CHASE HOME FINANCE, et al.,

    Defendant(s).

Case No. 08-0232MHP

**ORDER DENYING IN FORMA PAUPERIS FILING AND DISMISSING COMPLAINT**

    Plaintiff attempts to invoke the admiralty jurisdiction of this court with his complaint which he titles "Petition for Libel Review of an Administrative Judgment" and denominating himself as *Sramineus Homo, US Vessel, Libellant*". His complaint is strewn with misused, nonexistent or curious words purportedly in English, Latin and bloated legalese.[1] Plaintiff quotes from or cites to all manner of cases ranging from theft and kidnap to asylum, admiralty and insurance, with a few citations to the Old Testament thrown in under a paragraph entitled "Law of the flag".

    What is clear from plaintiff's complaint is that nothing is clear. It is not a short and plain statement of his case. It is incomprehensible and nonsensical. The only thing in the complaint that makes any sense is a two-page document entitled "Mortgage Loan Statement". It is buried among the morass of allegations, statements and gibberish that fill the rest of the thirty plus pages.

    The district court may deny <u>in forma pauperis</u> status and dismiss a complaint <u>sua sponte</u> if federal subject matter jurisdiction is lacking or if the complaint is frivolous. See 28 U.S.C. §1915(e)(2). A complaint is frivolous if "it lacks an arguable basis either in law or in fact." <u>Neitzke</u>

1  v. Williams, 490 U.S. 319, 325 (1989)(found to be superseded on other grounds by reason of
2  adoption of section 1915(e) which makes dismissal for failure to state a claim mandatory), see, e.g.,
3  Lopez v. G.A.Smith, 203 F.3d 1122, 1126 (9thCir.2000); Cruz v. Gomez, I/O, 202 F.3d 593, 596
4  (2dCir.2000).
5      Where a complaint fails to state "any constitutional or statutory right that was violated, nor
6  asserts any basis for federal subject matter jurisdiction", there is no "arguable basis in law" under
7  Neitzke and the court on its own initiative may decline to permit the plaintiff to proceed and dismiss
8  the complaint under section 1915(d). Cato v. United States, 70 F.3d 1103, 1106 (9th Cir. 1995).
9      Furthermore, where the complaint alleges facts that are "clearly baseless", "fanciful", or
10 "delusional" it may be dismissed as frivolous. Denton v. Hernandez, 504 U.S. 25, 112 S.Ct. 1728,
11 1733 (1992)(also found superseded in that dismissal was within discretion of district court under
12 section 1915(d)) and now, under section 1915(e)(2) dismissal is mandatory, see Cruz v. Gomez, 202
13 F.3d at 596. If the pro se plaintiff can cure the factual allegations in order to state a claim, the court
14 may give him or her leave to do so. However, if repleading cannot cure the deficiencies the court
15 may dismiss without leave to amend and even dismiss with prejudice. See Cato v. United States, 70
16 F.3d at 1106.
17     The court fails to see how plaintiff could state any claim that would amount to a plausible
18 claim or one over which this court would have jurisdiction, but then it is impossible to tell from
19 plaintiff's complaint. Certainly, there is nothing that appears from the papers that falls within the
20 court's admiralty jurisdiction. Plaintiff cannot make himself and the defendant vessels just by
21 calling them vessels. Therefore, the application to file in forma pauperis is DENIED and the
22 complaint is DISMISSED.

24     IT IS SO ORDERED.

Date: January 17, 2008

MARILYN HALL PATEL
Judge, United States District Court
Northern District of California

## ENDNOTES

1. For example, in the caption plaintiff refers to himself as "Sramineus Homo". There is no such word as "sramineus" in Latin; there is a word "stramineus" which appears later in the complaint. "Stramineus" means "straw" and would render him a "straw man". That term, of course, refers to an idea or argument that has no substance, but is set up so that it can be easily knocked down. So, either plaintiff misunderstands the meaning of the term or perhaps he has a sense of humor.

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CLARENCE J. COOMBS JR.,

    Plaintiff,

v.

CHASE HOME FINANCE et al,

    Defendant.

Case Number: CV08-00232 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Clarance John Coombs
1054 Roosevelt St.
Fairfield, CA 94533

Dated: January 18, 2008

                                    Richard W. Wieking, Clerk
                                    By: Anthony Bowser, Deputy Clerk

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707**.

On February 12, 2008, I served the foregoing document described as **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF CHASE HOME FINANCE LLC AND JAMIE DIMON'S MOTION TO DISMISS PETITION FOR LIBEL OF REVIEW OF AN ADMINISTRATIVE JUDGMENT OR IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on February 12, 2008, at Santa Ana, California.

/s/ Veronica Delgado
---
Veronica Delgado

PROOF OF SERVICE

1048624.1

## SERVICE LIST
### Homero Velasques Saabedra v. Chase Home Finance, et al.
### USDC, Northern District Case No. C 07-05904 MJJ

Homero Velasquez Saabedra					In Pro per
125 Marin Place
Woodland, CA 95695

---

PROOF OF SERVICE

1048624.1