UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMERO VELASQUEZ SAABEDRA<br><br>C/o 125 Marin Place,<br><br>Woodland, California Zip Code Exempt,<br><br>    Libellant,<br><br>    vs.<br><br>CHASE HOME FINANCE, JAMIE DIMON et. Al.<br><br>Suite 200<br><br>C/o 1 MacArthur Place<br><br>Santa Ana, California [92707]<br><br>    Libellee, | Case No.: No. C 07-05904 CW<br><br>JOINT CASE MANAGEMENT STATEMENT |

Pursuant to Local Rule 16-9 this is my part of the joint statement.

1.  JURISDICTION AND SERVICE

   Libellant does not know how many JOHN DOES are responsible in this matter. JAMIE DIMON is the president and has been noticed of the dishonest actions of his subordinates. JAMIE DIMON has a fiduciary duty to account to me. CHASE is a national bank, chartered in the U.S. and subject to equitable principals by it's charter.

2.  FACTS

   CHASE claims a leinhold right in a certain property. I have demanded that CHASE provide certain evidence of the purported debt, see

1  administrative procedure. CHASE has refused or neglected to provide any
2  evidence that any leinhold exists. CHASE has never, until now, asked for a
3  more definitive statement or indicated any confusion with my questions.
4  The administrative judgement is attached to the complaint.
5  3.   LEGAL ISSUES
6  CHASE is a national bank chartered in the U.S. and subject to the
7  jurisdiction thereof. CHASE has behaved in a manner inconsistent with it's
8  charter and the agreement. The U.S. is the parent corporation of CHASE and
9  as such, the only entity to hold CHASE accountable for it's ultra vires
10 actions.

Ultra.vires. A term used to express the action of a corporation which is beyond the powers conferred upon it by its charter, or the statutes under which it was instituted. 13 Am. Law Hev. 632. *"Ultra vires"* is also sometimes applied to an act which, though within the powers of a corporation., is not binding on it because the consent or agreement of the corporation has not been given in the manner required by its constitution. Thus, where a company delegates certain powers to its directors, all acts done by the directors beyond the scope of those powers are *Ulltra vires,* and not binding on the company, unless it subsequently ratifies them..- Black's 2nd ed. Law Dictionary

14 This court is a court of equity and has jurisdiction over pledge cases in
15 it's maritime capacity. The basic issue is this; does a national bank have
16 a continuing duty to operate with clean hands and how is one man to hold
    them to that standard?
17 4.   MOTIONS
18 I do not see the need for any motions except to attach JOHN DOES as they
19 become known.
20 5.   AMENDMENT OF THE PLEADINGS
21 I foresee no need of further amendments at this time.
22 6.   EVIDENCE PRESERVATION
23  I have requested several pieces of evidence which CHASE has refused or
24 neglected to provide, such as, the original note, an accounting of
25 where the funds came from to originate the "loan" and any bookkeeping
    entries from the transaction in question.

7.   DISCLOSURES

See number 6 above.

8.   DISCOVERY

See number 6 above.

9.   CLASS ACTION

I am not aware of this being a class action matter.

10.   RELATED CASES

1st National Bank of Montgomery Minnesota v. Jerome Daly, see attached and In Re foreclosure cases, see attached.

11.   RELIEF

Damages in the amount of $28,252,962.03 and a release of lien on the subject property.

12.   SETTLEMENT AND ADR

I talked one time with S. CHRISTOPHER YOO (00169442) esquire about this statement. I have waited until now for his promised portion. The administrative process that I perfected is an ADR. I have appointed S. CHRISTOPHER YOO (00169442) esquire as co-fiduciary trustee to use my exemption to settle and close any debt owed to CHASE.

13.   CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES

I do not consent to a magistrate judge for all purposes.

14.   OTHER REFERENCES

I have nothing to say about this right now.

15.   NARROWING OF ISSUES

Libellees have already confessed judgment.

16.   EXPEDITED SCHEDULE

A summary judgment is appropriate since CHASE has failed to defend.

17.   SCHEDULING

There is no controversy. CHASE has confessed judgment.

18.   TRIAL

There is no controversy to try. This is a declaratory judgment matter.

19. <u>DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS</u>

None known.

20. <u>SUCH OTHER MATTERS TO FACILITATE THE JUST, SPEEDY AND INEXPENSIVE DISPOSITION OF THIS MATTER</u>

Reserved.

*[signature]*
Homero Velasquez Saabedra

SUPERIOR COURT, STATE OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMERO VELASQUEZ SAABEDRA <br><br> C/o 125 Marin Place, <br><br> Woodland, California Zip Code Exempt, <br><br>     Libellant, <br><br>     vs. <br><br> CHASE HOME FINANCE, JAMIE DIMON et. <br><br> Al. <br><br> Suite 200 <br><br> C/o 1 MacArthur Place <br><br> Santa Ana, California [92707] <br><br>     Libellee, | Case No.: No. C 07-05904 <br><br> **CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE

Now, by special appearance, comes Homero Velasquez Saabedra, the flesh and blood woman and man, Sui Juris and unschooled in law, hereinafter referred to as me, my, I, or the like, to make the following NOTICE with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead.

NOTICE is hereby given that:

CERTIFICATE OF SERVICE - 1 OF 2

1.) I am of legal age, competent to testify and under no legal disability.

2.) This is to certify that on February 20, 2008 I placed a true and accurate copy of the enclosed JOINT CASE MANAGEMENT STATEMENT, in the U. S. mail with postage prepaid and addressed as follows:

CHASE HOME FINANCE, JAMIE DIMON et. Al.

C/o S. CHRISTOPHER YOO 00169442, esquire

1 MacArthur Place Suite 200

Santa Ana, California [92707]

With certified mail number 7006 0100 0005 6175 7438

Dated this 20 day of ~~January~~ February, 2008

_____
By: authorized representative
Without recourse

CERTIFICATE OF SERVICE - 2 OF 2