**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOMERO VELASQUES SAABEDRA,

    Plaintiff,

  v.

CHASE HOME FINANCE, et al.,

    Defendants.
_____/

No. C 07-05904 CW

CLERK'S NOTICE TAKING MOTIONS UNDER SUBMISSION

    The above-captioned case having been reassigned to Judge Claudia Wilken,

    Notice is hereby given that the Court, on its own motion, shall take Defendants' Motion to Dismiss Petition for Libel of Review of an Administrative Judgment, or in the Alternative, for More Definite Statement and Motion to Strike Prayer for Punitive Damages under submission on the papers.  Plaintiff's opposition to the motions will be due March 20, 2008, and any reply by Defendants will be due March 27, 2008.  **Failure by Plaintiff to timely file an opposition to the motions may result in the granting of the motions.**

Dated: 3/3/08

*Sheilah Cahill*
_____
SHEILAH CAHILL
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SAABEDRA,

        Plaintiff,

v.

CHASE HOME FINANCE et al,

        Defendant.

Case Number: CV07-05904 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Homero Velasques Saabedra
125 Marin Place
Woodland, CA 95695

Sung-Min Christopher Yoo
Adorno, Yoss, Alvarado & Smith
4 Park Plaza
Ste. 1200
Irvine, CA 92614

Dated: March 3, 2008

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk