```
 1  JOHN M. SORICH (CA Bar No. 125223)
    jsorich@adorno.com
 2  S. CHRISTOPHER YOO (CA Bar No. 169442)
    cyoo@adorno.com
 3  ROCIO HERRERA (CA Bar No. 237139)
    rherrera@adorno.com
 4  ADORNO YOSS ALVARADO & SMITH
    A Professional Corporation
 5  1 MacArthur Place, Suite 200
    Santa Ana, California 92707
 6  Tel: (714) 852-6800
    Fax: (714) 852-6899
 7
    Attorneys for Defendants
 8  CHASE HOME FINANCE LLC, erroneously
    sued AS CHASE HOME FINANCE, and
 9  JAMIE DIMON
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| HOMERO VELASQUEZ SAABEDRA<br>Sramineus Homo, US Vessel<br><br>    Libellant,<br><br>v.<br><br>CHASE HOME FINANCE, MR. JAMIE DIMON PRESIDENT, US Vessel, DOES, ROES, and MOES 1-100 et al, US Vessel Sand<br><br>    Libellees. | CASE NO.: C 07-05904CW<br><br>JUDGE:   Hon. Claudia Wilkins<br><br>**REPLY RE: NON-OPPOSITION TO CHASE HOME FINANCE LLC AND JAMIE DIMON'S MOTION TO STRIKE AND MOTION TO DISMISS PETITION FOR LIBEL OF REVIEW OF AN ADMINISTRATIVE JUDGMENT OR IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT** |
| Homero Velasques Saabedra<br>Lien Holder of the Vessel, the Real Party in Interest, Lawful Man<br>**Injured Third Party Intervener/Petitioner/Libellant,**<br><br>v.<br><br>CHASE HOME FINANCE, JAMIE DIMON PRESIDENT, US Vesel, DOES, ROES and MOES 1-100 et al.<br>**US VESSELS INDIVIDUALLY AND SEVERALLY**<br>**Third Party Defendants/Libelles** | [FRCP 12(b)(6), (e)]<br><br>DATE:   March 4, 2008<br>TIME:   9:30 a.m.<br>DEPT:   "2"<br>[NO ORAL ARGUMENT WILL BE HEARD PER COURT ORDER]<br><br>Action Filed: 11/21/07 |

1051738.1

1
REPLY RE: NON-OPPOSITION

## MEMORANDUM OF POINTS & AUTHORITIES

Defendants Chase Home Finance LLC, erroneously sued as Chase Home Finance ("Chase"), and Jamie Dimon, erroneously sued as a US vessel, ("Mr. Dimon," and collectively "Defendants") respectfully submit this Reply re: Non-Opposition of to the Motion to Strike and Motion to Dismiss Plaintiff Homero Velasques Saabedra's ("Plaintiff") Petition for Libel of Review of An Administrative Judgment.

### I.   SUMMARY OF ARGUMENT

Pursuant to a Court order dated March 3, 2008, the Court gave notice to all parties that that Defendant's Motion to Strike and Motion to Dismiss Plaintiff's Petition for Libel of Review of an Administrative Judgment would be taken under submission. *See,* Court Order dated March 3, 2008, a true and correct copy is attached hereto as Exhibit "1." The Court gave further notice that Plaintiff was required to file an opposition to the Motion by March 20, 2008. *Id.* In addition, the Court also gave notice that if no opposition to the Motion to Strike or Motion to Dismiss were filed, the Court might grant both motions.

Thus, no opposition has been filed or served by Plaintiff as of March 27, 2008. *See,* Court Docket.

### A.   Plaintiff's Memorandum Contra Request to Strike

On or about February 1, 2008, Plaintiff filed a document entitled "Memorandum Contra Request to Strike," along with documents purporting to appoint Hon. Judge Jenkins and S. Christopher Yoo, the attorney of record for Defendants in this action, as fiduciary trustees for Sabeedra. *See,* Court Docket for February 1, 2008. All documents are nonsensical.

First, there is no authority for appointing opposing counsel, or the judge as the Plaintiff's trustee. Moreover, the Memorandum Contra Request to Strike ("Memorandum") cannot be deemed an opposition to the Motion to Dismiss or the Motion to Strike because it does not address any of the issues raised in the motions. Instead, the Memorandum appears to be a declaration in which Plaintiff states that he has exhausted his administrative remedies, that Chase conditionally accepted a presentment, and that Chase has refused to provide the requested proof of claim. Thus, the entire Memorandum is fatally flawed for the same reasons the Complaint is flawed. Namely, that it

1  confusing, unintelligible, and provides no facts to appraise Defendants of Plaintiff's claims. Chase
2  is unaware of any administrative proceeding in which it failed to participate, or what purported proof
3  of claim it failed to answer. *See*, Exhibit 2, a true and correct copy of the Memorandum.
4      As such, Defendants cannot reasonably be required to frame a responsive pleading; therefore,
5  Plaintiff has failed to state a single claim for relief against Chase or Mr. Dimon and the entire
6  "complaint" must be dismissed without leave to amend.

## II.  CONCLUSION

Therefore, Defendants respectfully request that the Motion to Strike and Motion to Dismiss be granted in their entirety without leave to amend.

DATED: March 27, 2008

ADORNO YOSS ALVARADO & SMITH
A Professional Corporation

By:  /s/ S. Christopher Yoo
S. CHRISTOPHER YOO
ROCIO HERRERA
Attorneys for Defendant
CHASE HOME FINANCE LLC, erroneously sued as CHASE HOME FINANCE and JAMIE DIMON

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOMERO VELASQUES SAABEDRA,

    Plaintiff,

  v.

CHASE HOME FINANCE, et al.,

    Defendants.
_____/

No. C 07-05904 CW

<u>CLERK'S NOTICE
TAKING MOTIONS UNDER
SUBMISSION</u>

    The above-captioned case having been reassigned to Judge Claudia Wilken,

    Notice is hereby given that the Court, on its own motion, shall take Defendants' Motion to Dismiss Petition for Libel of Review of an Administrative Judgment, or in the Alternative, for More Definite Statement and Motion to Strike Prayer for Punitive Damages under submission on the papers. Plaintiff's opposition to the motions will be due March 20, 2008, and any reply by Defendants will be due March 27, 2008. **Failure by Plaintiff to timely file an opposition to the motions may result in the granting of the motions.**

Dated: 3/3/08

                                      *Sheilah Cahill*
                                      SHEILAH CAHILL
                                      Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SAABEDRA,

    Plaintiff,

v.

CHASE HOME FINANCE et al,

    Defendant.

Case Number: CV07-05904 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Homero Velasques Saabedra
125 Marin Place
Woodland, CA 95695

Sung-Min Christopher Yoo
Adorno, Yoss, Alvarado & Smith
4 Park Plaza
Ste. 1200
Irvine, CA 92614

Dated: March 3, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

# EXHIBIT 2

SUPERIOR COURT, STATE OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB -1 AM 10: 33
RICHARD W. WIEKING
U.S. DISTRICT COURT
N. DIST. OF CALIFORNIA

| | |
|---|---|
| HOMERO VELASQUEZ SAABEDRA | ) Case No.: No. C 07-05904 MJJ |
| C/o 125 Marin Place, | ) MEMORANDUM CONTRA REQUEST TO STRIKE |
| Woodland, California Zip Code Exempt, | ) |
| Libellant, | ) |
| vs. | ) |
| CHASE HOME FINANCE, JAMIE DIMON et. | ) |
| Al. | ) |
| Suite 200 | ) |
| C/o 1 MacArthur Place | ) |
| Santa Ana, California [92707] | ) |
| Libellee, | |

MEMORANDUM

Now, by special appearance, comes Homero Velasquez Saabedra, the flesh and blood man, Sui Juris and unschooled in law, hereinafter referred to as me, my, I, or the like, to make the following AFFIDAVIT with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead or delay.

1.)   I am of legal age, competent to testify and under no legal disability.

2.) Libellant has filed an action for declaratory judgment.

3.) Libellant has exhausted his administrative remedies in this instant matter.

4.) Libellant seeks a default judgment as libellees have failed to rebut the complaint.

5.) Libellees have failed to ask for a more definitive statement and are in agreement with libellant.

6.) CHASES' PRESENTMENT fails to aver any first hand knowledge of the facts therein.

7.) Averments of an attorney are not first hand evidence and serve as hearsay testimony which is not admissible.

8.) I have perfected an administrative COUNTERCLAIM procedure to exhaust my administrative remedies in this instant matter, see Notary Protest.

9.) An examination of the Notary Protest will serve to establish that CHASE BANK has agreed to be bound to the COUNTERCLAIM obtained through the binding arbitration process of a Notary Protest, see Notary Protest.

OVERVIEW OF FACTS

10.) On _____ Libellees sent a presentment to me demanding payment of a sum certain.

11.) I conditionally accepted that presentment upon CHASES' continuing fiduciary duty to deal honestly and answer questions about the underlying obligation.

12.) The RECORD shows that CHASE refused and/or failed to provide the requested proof of claim.

13.) The RECORD shows that CHASE is now resorting to ridicule to avoid the obvious established fact that there is no debt due and owing CHASE.

14.) I am unschooled in law and if the terms I have used are confusing I apologize and will be honored to clarify any specific definition, in doubt, to settle and close this matter in harmony with the post bankruptcy public policy of the UNITED STATES inc.

15.) CHASE has at no time, until now, indicated any confusion with my correspondence.

16.) CHASE has remained silent until now.

17.) CHASE had ample opportunity to ask for a more definitive statement.

18.) The RECORD shows that no such request for a more definitive statement was executed.

19.) Federal Rules of Civil Procedure provide for default judgment by the clerk for a failure to appear and defend.

20.) The Protest evidences CHASES' agreement, consent and stipulation to our position.

21.) A declaratory judgment establishing CHASES' default is appropriate.

My yea is my yea and my nay is my nay.

Dated this 30th day of January, 2008

*[signature]*
By: authorized representative
Without recourse

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707**.

On March 27, 2008, I served the foregoing document described as **REPLY RE: NON-OPPOSITION TO CHASE HOME FINANCE LLC AND JAMIE DIMON'S MOTION TO STRIKE AND MOTION TO DISMISS PETITION FOR LIBEL OF REVIEW OF AN ADMINISTRATIVE JUDGMENT OR IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on March 27, 2008, at Santa Ana, California.

/s/ Veronica Delgado
_____
Veronica Delgado

PROOF OF SERVICE

1048624.1

**SERVICE LIST**
Homero Velasques Saabedra v. Chase Home Finance, et al.
USDC, Northern District Case No. C 07-05904 MJJ

| | |
|---|---|
| Homero Velasquez Saabedra<br>125 Marin Place<br>Woodland, CA 95695 | In Pro per |

PROOF OF SERVICE

1048624.1