1   JOHN M. SORICH (CA Bar No. 125223)
    jsorich@adorno.com
2   S. CHRISTOPHER YOO (CA Bar No. 169442)
    cyoo@adorno.com
3   ROCIO HERRERA (CA Bar No. 237139)
    rherrera@adorno.com
4   ADORNO YOSS ALVARADO & SMITH
    A Professional Corporation
5   1 MacArthur Place, Suite 200
    Santa Ana, California 92707
6   Tel: (714) 852-6800
    Fax: (714) 852-6899
7
    Attorneys for Defendants
8   CHASE HOME FINANCE LLC, erroneously
    sued AS CHASE HOME FINANCE, and
9   JAMIE DIMON

10

11                    **UNITED STATES DISTRICT COURT**

12                  **NORTHERN DISTRICT OF CALIFORNIA**

13

14  HOMERO VELASQUEZ SAABEDRA          **CASE NO.: C 07-05904 CW**
    Sramineus Homo, US Vessel
15                                     **JUDGE:**    Hon. Claudia Wilken
            Libellant,
16                                     **CERTIFICATION OF INTERESTED
    v.                                 ENTITIES OR PARTIES**
17
    CHASE HOME FINANCE, MR. JAMIE      [Local Rule 3-16]
18  DIMON PRESIDENT, US Vessel, DOES,
    ROES, and MOES 1-100 et al, US Vessel Sand
19                                     **Action Filed:** 11/21/07
            Libellees.
20  ────────────────────────────────
    Homero Velasques Saabedra
21  Lien Holder of the Vessel, the Real Party in
    Interest, Lawful Man
22  **Injured Third Party
    Intervener/Petitioner/Libellant,**
23
    v.
24
    CHASE HOME FINANCE, JAMIE DIMON
25  PRESIDENT, US Vesel, DOES, ROES and
    MOES 1-100 et al.
26  **US VESSELS INDIVIDUALLY AND
    SEVERALLY**
27  **Third Party Defendants/Libelles**

28  ────────────────────────────────
                                    1
    ─────────────────────────────────────────────────────
                CERTIFICATION OF INTERESTED ENTITIES OR PARTIES
                                              CASE NO. C 07-05904 CW

    1051390.1

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

1    Pursuant to Civil L.R. 3-16, Defendants Chase Home Finance LLC, erroneously sued as

2    Chase Home Finance ("Chase") and Jamie Dimon, erroneously sued as a US vessel,  certify that

3    other than the parties to this action, the following listed persons, associations of persons, firms,

4    partnerships, corporations (including parent corporations) or other entities (i) have a financial

5    interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-

6    financial interest in that subject matter or in a party that could be substantially affected by the

7    outcome of this proceeding:

8    1.    Chase is a wholly owned subsidiary of Chase Home Finance Inc., which is a wholly

9    owned subsidiary of JPMorgan Chase Bank, National Association, which is a wholly owned

10   subsidiary of JPMorgan Chase & Co., a publicly traded corporation.  No publicly held corporation

11   owns ten percent (10%) or more of JPMorgan Chase & Co.'s stock as of October 7, 2005.

13   DATED: March 27, 2008                ADORNO YOSS ALVARADO & SMITH
                                          A Professional Corporation

15                                        By:  /s/ S. Christopher Yoo
                                               S. CHRISTOPHER YOO
16                                             JOHN M. SORICH
                                               Attorneys for Defendants CHASE HOME
17                                             FINANCE LLC, erroneously sued AS CHASE
                                               HOME FINANCE, and JAMIE DIMON

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

CERTIFICATION OF INTERESTED ENTITIES OR PARTIES
CASE NO. C 07-05904 CW

1051390.1

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707.**

On March 27, 2008, I served the foregoing document described as **CERTIFICATION OF INTERESTED ENTITIES OR PARTIES** on the interested parties in this action.

☒    by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒    **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐    **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐    **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐    **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐    (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒    (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on March 27, 2008, at Santa Ana, California.

/s/ Veronica Delgado
_____
Veronica Delgado

ADORNO YOSS ALVARADO & SMITH
Attorneys At Law
Santa Ana

1048624.1

1

**SERVICE LIST**
**Homero Velasques Saabedra v. Chase Home Finance, et al.**
**USDC, Northern District Case No. C 07-05904 MJJ**

2

3

4

Homero Velasquez Saabedra                    In Pro per
125 Marin Place
Woodland, CA 95695

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

PROOF OF SERVICE