1  JOHN M. SORICH (CA Bar No. 125223)
   jsorich@adorno.com
2  S. CHRISTOPHER YOO (CA Bar No. 169442)
   cyoo@adorno.com
3  ROCIO HERRERA (CA Bar No. 237139)
   rherrera@adorno.com
4  ADORNO YOSS ALVARADO & SMITH
   A Professional Corporation
5  1 MacArthur Place, Suite 200
   Santa Ana, California 92707
6  Tel: (714) 852-6800
   Fax: (714) 852-6899
7
   Attorneys for Defendants
8  CHASE HOME FINANCE LLC, erroneously
   sued AS CHASE HOME FINANCE, and
9  JAMIE DIMON

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMERO VELASQUEZ SAABEDRA<br>Sramineus Homo, US Vessel<br><br>Libellant,<br><br>v.<br><br>CHASE HOME FINANCE, MR. JAMIE DIMON PRESIDENT, US Vessel, DOES, ROES, and MOES 1-100 et al, US Vessel Sand<br><br>Libellees. | CASE NO.: C 07-05904 CW<br><br>JUDGE:   Hon. Claudia Wilken<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PARTIES**<br><br>[Local Rule 3-16]<br><br>Action Filed: 11/21/07 |
| Homero Velasques Saabedra<br>Lien Holder of the Vessel, the Real Party in Interest, Lawful Man<br>**Injured Third Party Intervener/Petitioner/Libellant,**<br><br>v.<br><br>CHASE HOME FINANCE, JAMIE DIMON PRESIDENT, US Vesel, DOES, ROES and MOES 1-100 et al.<br>**US VESSELS INDIVIDUALLY AND SEVERALLY**<br>**Third Party Defendants/Libelles** | |

1
CERTIFICATION OF INTERESTED ENTITIES OR PARTIES
CASE NO. C 07-05904 CW

1051390.1

1    Pursuant to Civil L.R. 3-16, Defendants Chase Home Finance LLC, erroneously sued as Chase Home Finance ("Chase") and Jamie Dimon, erroneously sued as a US vessel, certify that other than the parties to this action, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    1.    Chase is a wholly owned subsidiary of Chase Home Finance Inc., which is a wholly owned subsidiary of JPMorgan Chase Bank, National Association, which is a wholly owned subsidiary of JPMorgan Chase & Co., a publicly traded corporation. No publicly held corporation owns ten percent (10%) or more of JPMorgan Chase & Co.'s stock as of October 7, 2005.

DATED: March 27, 2008

ADORNO YOSS ALVARADO & SMITH
A Professional Corporation


By: /s/ S. Christopher Yoo
S. CHRISTOPHER YOO
JOHN M. SORICH
Attorneys for Defendants CHASE HOME
FINANCE LLC, erroneously sued AS CHASE
HOME FINANCE, and JAMIE DIMON

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

1051390.1

2
CERTIFICATION OF INTERESTED ENTITIES OR PARTIES
CASE NO. C 07-05904 CW

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707**.

On March 27, 2008, I served the foregoing document described as **CERTIFICATION OF INTERESTED ENTITIES OR PARTIES** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on March 27, 2008, at Santa Ana, California.

/s/ Veronica Delgado
_____
Veronica Delgado

**SERVICE LIST**
Homero Velasques Saabedra v. Chase Home Finance, et al.
USDC, Northern District Case No. C 07-05904 MJJ

| | |
|---|---|
| Homero Velasquez Saabedra<br>125 Marin Place<br>Woodland, CA 95695 | In Pro per |

PROOF OF SERVICE

1048624.1