**United States District Court**
For the Northern District of California

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4  HOMERO VELASQUES SAABEDRA,                    No. C 07-05904 CW

5        Plaintiff,                             CLERK'S NOTICE
                                                TAKING MOTIONS UNDER
6     v.                                        SUBMISSION

7  CHASE HOME FINANCE, et al.,

8        Defendants.

9  _____/

10        The above-captioned case having been reassigned to Judge

11  Claudia Wilken,

12        Notice is hereby given that the Court, on its own motion,

13  shall take Defendants' Motion to Dismiss Petition for Libel of

14  Review of an Administrative Judgment, or in the Alternative, for

15  More Definite Statement and Motion to Strike Prayer for Punitive

16  Damages under submission on the papers.  Plaintiff's opposition to

17  the motions will be due March 20, 2008, and any reply by Defendants

18  will be due March 27, 2008.  **Failure by Plaintiff to timely file an**

19  **opposition to the motions may result in the granting of the**

20  **motions.**

21

22

23

24  Dated:  3/3/08

_Sheilah Cahill_
_____

25                                SHEILAH CAHILL
                                  Deputy Clerk

26

27

28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SAABEDRA,

Case Number: CV07-05904 CW

        Plaintiff,

**CERTIFICATE OF SERVICE**

  v.

CHASE HOME FINANCE et al,

        Defendant.
                                 /

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Homero Velasques Saabedra
125 Marin Place
Woodland,  CA 95695

Sung-Min Christopher Yoo
Adorno, Yoss, Alvarado & Smith
4 Park Plaza
Ste. 1200
Irvine,  CA 92614

Dated: March 3, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk