**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOMERO VELASQUEZ SAABEDRA,
Sramineus Homo, U.S. Vessel

       Libellant,

  v.

CHASE HOME FINANCE and JAMIE DIMON,
U.S. Vessel,

       Libellees.
_____/

No. C 07-05904 CW

**JUDGMENT**

    For the reasons set forth in this Court's Order Granting Defendants' Motion to Dismiss,

    IT IS ORDERED AND ADJUDGED

    That Plaintiff Homero Velasquez Saabedra take nothing, that the action be dismissed on the merits, and that each party bear its own costs of action.

    Dated at Oakland, California, this 10th day of April, 2008.

                      RICHARD W. WIEKING
                      Clerk of Court

By: _____
                      SHEILAH CAHILL
                      Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SAABEDRA et al,

         Plaintiff,

  v.

CHASE HOME FINANCE et al,

         Defendant.
_____/

Case Number: CV07-05904 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Homero Velasques Saabedra
125 Marin Place
Woodland,  CA 95695

Sung-Min Christopher Yoo
Adorno, Yoss, Alvarado & Smith
4 Park Plaza
Ste. 1200
Irvine,  CA 92614

Dated: April 10, 2008

                       Richard W. Wieking, Clerk
                       By: Sheilah Cahill, Deputy Clerk

**United States District Court**
For the Northern District of California