1

2

3

4

5

6

       IN THE UNITED STATES DISTRICT COURT

7

     FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

HOMERO VELASQUEZ SAABEDRA,         No. C 07-5904 CW
Sramineus Homo, U.S. Vessel,

10

                        ORDER GRANTING
      Libellant,           DEFENDANTS'

11

                        MOTION TO DISMISS

12

   v.

13

CHASE HOME FINANCE and JAMIE DIMON,
U.S. Vessel,

14

      Libellees.

15

_____/

16

17

    Defendants Chase Home Finance, LLC and Jamie Dimon move to

18

dismiss the "Petition for Libel Review of an Administrative

19

Judgment" filed by Plaintiff Homero Velasquez Saabedra.  On March

20

3, 2008, the Court entered an order taking the motion under

21

submission on the papers, setting March 20, 2008 as the deadline

22

for Plaintiff's opposition and stating, "Failure by Plaintiff to

23

timely file an opposition to the motions may result in the granting

24

of the motions."  Plaintiff did not file an opposition.  Having

25

considered Defendants' papers, the Court GRANTS Defendants' motion.

26

    Although Plaintiff purports to seek review of a foreign

27

judgment, he does not identify any such judgment in his petition.

28

United States District Court
For the Northern District of California

1    Plaintiff cites a broad range of statutes, the Constitution and the

2    Bible in support of his petition.  However, the primary bases for

3    his petition appear to be maritime and admiralty law.  As

4    Defendants note, any such claims fail because Plaintiff has not

5    identified any actions that may have taken place on navigable

6    waters.

7         Accordingly, the petition is dismissed for failure to state a

8    claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

9    Because any amendment would be futile, the dismissal is with

10   prejudice.  The Clerk of the Court shall close the file.  All other

11   pending motions shall be terminated  Each party shall bear its own

12   costs.

13        IT IS SO ORDERED.

14

15   Dated: 4/10/08                    _____
                                       CLAUDIA WILKEN
16                                     United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28
                                       2

**United States District Court**
For the Northern District of California

1
2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

3

4     SAABEDRA et al,                                    Case Number: CV07-05904 CW

5             Plaintiff,                                 **CERTIFICATE OF SERVICE**

6        v.

7     CHASE HOME FINANCE et al,

8             Defendant.
      _____/

9

10    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
      Court, Northern District of California.

11    That on April 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said
      copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12    envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
      located in the Clerk's office.

13

14

15    Homero Velasques Saabedra
      125 Marin Place
16    Woodland,  CA 95695

17    Sung-Min Christopher Yoo
      Adorno, Yoss, Alvarado & Smith
18    4 Park Plaza
      Ste. 1200
19    Irvine,  CA 92614

20    Dated:  April 10, 2008

21                                                Richard W. Wieking, Clerk
                                                  By: Sheilah Cahill, Deputy Clerk

22

23

24

25

26

27

28                                                3